IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

DVA RENAL HEALTH INC., et al.          )
                                       )
v.                                     ) NO. 3:05-1048
                                       ) JUDGE CAMPBELL
GORDON GROUP INVESTMENT                )
LIMITED PARTNERSHIP, et al.            )

ORDER

Pending before the Court is Plaintiffs' Motion for Attorney's Fees (Docket No. 99). For the reasons stated in the accompanying Memorandum, Plaintiffs' Motion is DENIED.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE