UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DVA RENAL HEALTH, INC., et al. | ) | |
| | ) | |
| v. | ) | NO. 3:05-1048 |
| | ) | JUDGE CAMPBELL |
| GORDON GROUP INVESTMENT, et al. | ) | |

ORDER

The Court is in receipt of a Stipulation of Dismissal (Docket No. 128) filed by the parties.

Accordingly, this action is dismissed, with prejudice, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE